Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MARK SPIEGEL REALTY CORPORATION, Respondent, v. THE GOTHAM NATIONAL BANK OF NEW YORK, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOSEPH ALEXANDROVITCH, Respondent, v. AMERICAN SUGAR REFINING COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HARRY BYKOWSKY, Respondent, v. THE PUBLIC NATIONAL BANK OF NEW YORK, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE J. DEBLEN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ELLA D. MALLET, Appellant, v. HARRIET C. YOUNG, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HANS BARTSCH, Respondent, v. FRANZ BARD and Another, Doing Business as BARD & BRUDER, Appellants.— Judgment modified by reducing the amount of the judgment as entered to the sum of $1,392.60; and the judgment as so modified and the order appealed from affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

FRANCIS L. KOHLMAN and Others, as Trustees in Bankruptcy of ADMIRABLE SHIRT Co., INC., Appellants, v. INSURANCE COMPANY OF NORTH AMERICA, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MORRIS COHEN, as Administrator, etc., of EVA COHEN, Deceased, Respondent, v. SHENK REALTY AND CONSTRUCTION COMPANY, Defendant, Impleaded with SOL LEWINE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GERSETA CORPORATION, Respondent, v. D. G. DERY, INC., Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CAESAR SASSON and Another, Copartners, etc., Respondents, v. NORRISTOWN HOSIERY MILLS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MICHAELIS & Co., INC., Respondent, v. ARCHIE M. ANDREWS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MICHAELIS & Co., INC., Respondent, v. ARCHIE M. ANDREWS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

VINCENZA RUSSO, Respondent, v. BUILDING OPERATION COMPANY and Another, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

VINCENZA RUSSO, Respondent, v. BUILDING OPERATION COMPANY and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and